IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY LEE WEBB, # 137198, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:15-CV-177-WKW |
| RENE MASON, | ) |
| Defendant. | ) |

## ORDER

On December 15, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 11.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and this case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 8th day of January, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE